1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

7
8

9  JAYNA CARTER,

10                    Plaintiff,

11        vs.

12  OTIS ELEVATOR CO., *et al.*,

13                    Defendants.

Case No. 3:11-CV-00662-RCJ-WGC

**ORDER**

November 10, 2011

14

PRESENT:

15
16  THE HONORABLE <u>ROBERT C. JONES</u>, UNITED STATES CHIEF DISTRICT JUDGE

17  DEPUTY CLERK: <u>NONE APPEARING</u>     REPORTER:  <u>NONE APPEARING</u>

18  COUNSEL FOR PLAINTIFF(S): <u>        NONE APPEARING        </u>

19  COUNSEL FOR DEFENDANT(S): <u>        NONE APPEARING        </u>

20  MINUTE ORDER IN CHAMBERS:

21      Before the Court is Defendant Circus Circus' Motion for Clarification and or

22  Reconsideration (ECF No. 12) filed with the Court on November 8, 2011.

23      Plaintiff Jayna Carter has sued Otis Elevator Co. ("Otis") and MGM Resorts

24  International, d.b.a. Circus Circus Hotel and Casino ("Circus Circus") in diversity for

25  damages arising out of injuries she allegedly sustained while riding in one of Otis's

26  elevators at Circus Circus's Reno, Nevada location.  Otis filed a motion for demand of

27  security of costs (ECF No. 5), and Plaintiff responded by posting a $500 bond (ECF No.

28

-2-

6)[1], the maximum amount a defendant may demand that a non-resident plaintiff post under state law.  On October 20, 2011, Circus Circus filed a Demand for Security for Costs (ECF No. 7), and Plaintiff posted a $500 bond (ECF No. 10)[2].

On November 3, 2011 the Court entered a Minute Order (ECF No. 11) denying both Demand for Security for Costs (ECF No. 5) and Defendant Circus Circus' Demand for Security for Costs (ECF No. 7)  as moot.  Circus Circus argues that this Court should reconsider its order denying the demand for security as moot, or, alternatively, to reconsider and order Plaintiff to provide security in the amount of $500 on behalf of Defendant Circus.

A thorough reading of the bonding instruments indicates that although the bonds are similar, the bond numbers and effective dates are different.  Here, Plaintiff has satisfied Defendants' demands for security for costs.

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 12) is DENIED.

IT IS SO ORDERED.

Dated this 9th day of November, 2011.

_____
ROBERT C. JONES
Chief Judge

---

[1]Bond No. LSM0329818, Effective Date October 4, 2011

[2]Bond No. LSM0352264, Effective Date October 31, 2011