JOSEPH L. BENSON II, ESQ.
Nevada Bar No. 7276
BENSON & BINGHAM
11441 Allerton Park Drive, Suite 100
Las Vegas, NV 89135
Telephone: (702) 382-9797
Facsimile: (702) 382-9798
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAYNA CARTER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL dba<br>CIRCUS CIRCUS HOTEL AND CASINO –<br>RENO; OTIS ELEVATOR COMPANY;<br>DOES I through X, inclusive and ROE<br>BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 3:11-cv-00662-RCJ-WGC<br><br>**ORDER RE: EMERGENCY MOTION TO COMPEL THE FULL INSPECTION OF THE SUBJECT ELEVATOR** |

　　　Before the court is plaintiff's Emergency Motion to Compel the Full Inspection of the Subject Elevator (#27). The court has considered the motion (#27), defendant Circus Circus' opposition (#30), and plaintiff's reply (#31).

　　　On December 13, 2012, having listened to the arguments of counsel, at a telephonic motion to compel hearing at 4:10 p.m., the Court finds that the information requested, specifically the R.E.M. proprietary data for the preceding (2) two years, is not unduly burdensome, and is reasonable in light of the facts, and shall be provided to Plaintiff within a reasonable time period not

. . . .

. . . .

. . . .

. . . .

201033

1 | to exceed 10 days. Plaintiff's expert is required to execute an acknowledgement of
2 | the confidentiality agreement provided by Defendant Otis in exchange for said information.
3 |      DATED this <u>21st</u> day of December, 2012.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

BENSON & BINGHAM

<u>/S/ JOSEPH L. BENSON II</u>
JOSEPH L. BENSON II, ESQ.
Nevada Bar No. 7276
Attorney for Plaintiff