1  JOSEPH L. BENSON II, ESQ.
   Nevada Bar No. 7276
2  BENSON & BINGHAM
   11441 Allerton Park Drive, Suite 100
3  Las Vegas, NV 89135
   Telephone: (702) 382-9797
4  Facsimile: (702) 382-9798
5  Attorneys for Plaintiff

6               UNITED STATES DISTRICT COURT

7                    DISTRICT OF NEVADA

8  JAYNA CARTER,                          )   CASE NO.: 3:11-cv-00662-RCJ-WGC
                                          )
9              Plaintiff,                 )   **ORDER RE: EMERGENCY MOTION**
                                          )   **TO COMPEL THE FULL INSPECTION**
10     vs.                                )   **OF THE SUBJECT ELEVATOR**
                                          )
11                                        )
   MGM RESORTS INTERNATIONAL dba          )
12 CIRCUS CIRCUS HOTEL AND CASINO –       )
   RENO; OTIS ELEVATOR COMPANY;           )
13 DOES I through X, inclusive and ROE    )
   BUSINESS ENTITIES I through X, inclusive, )
14                                        )
                                          )
15             Defendants.                )

16     Before the court is plaintiff's Emergency Motion to Compel the Full Inspection of the

17 Subject Elevator (#27). The court has considered the motion (#27), defendant Circus Circus'

18 opposition (#30), and plaintiff's reply (#31).

19     On December 13, 2012, having listened to the arguments of counsel, at a telephonic motion

20 to compel hearing at 4:10 p.m., the Court finds that the information requested, specifically the

21 R.E.M. proprietary data for the preceding (2) two years, is not unduly burdensome, and is

22

23 reasonable in light of the facts, and shall be provided to Plaintiff within a reasonable time period not

24 . . . .

25 . . . .

26 . . . .

27 . . . .

28

201033

1   to exceed 10 days. Plaintiff's expert is required to execute an acknowledgement of

2   the confidentiality agreement provided by Defendant Otis in exchange for said information.

3        DATED this <u>21st</u> day of December, 2012.

4

5   <u>William J. Cobb</u>
     WILLIAM G. COBB

6        UNITED STATES MAGISTRATE JUDGE

7   Respectfully submitted by:

8   BENSON & BINGHAM

9   /S/ JOSEPH L. BENSON II

10  JOSEPH L. BENSON II, ESQ.
Nevada Bar No. 7276

11  Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28