**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAYNA CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:11-cv-00662-RCJ-WGC |
| vs. ) | |
| ) | |
| OTIS ELEVATOR CO. et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff Jayna Carter has sued Otis Elevator Co. and MGM Resorts International, d.b.a. Circus Circus Hotel and Casino for damages arising out of injuries sustained in an elevator. Plaintiff has filed a motion in limine to exclude, as a sanction under Rule 37, certain video evidence allegedly disclosed after the discovery deadline. The docket indicates that the parties agreed to settle the case before the magistrate judge since the motion was filed and that a stipulation to dismiss is forthcoming. The Court will therefore deny the motion, but Plaintiff may file it again if the parties fail to settle.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion in Limine (ECF No. 49) is DENIED.

IT IS SO ORDERED.

Dated this 28th day of May, 2013.

_____
ROBERT C. JONES
United States District Judge