UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAYNA CARTER, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff, 　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)    3:11-cv-00662-RCJ-WGC<br>　　vs. 　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>OTIS ELEVATOR CO. et al., 　　　　)    ORDER<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendants. 　　　　　　　)<br>　　　　　　　　　　　　　　　　) | |

　　　　Plaintiff Jayna Carter has sued Otis Elevator Co. and MGM Resorts International, d.b.a. Circus Circus Hotel and Casino for damages arising out of injuries sustained in an elevator. Plaintiff has filed a motion in limine to exclude, as a sanction under Rule 37, certain video evidence allegedly disclosed after the discovery deadline. The docket indicates that the parties agreed to settle the case before the magistrate judge since the motion was filed and that a stipulation to dismiss is forthcoming. The Court will therefore deny the motion, but Plaintiff may file it again if the parties fail to settle.

## CONCLUSION

　　　　IT IS HEREBY ORDERED that the Motion in Limine (ECF No. 49) is DENIED.

　　　　IT IS SO ORDERED.

Dated this 28th day of May, 2013.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　United States District Judge